IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SOTO MERCADO, OSCAR

XXX-XX-8179

Debtor(s)

CASE NO. 00-11409 ESL

Chapter 13

**FILED & ENTERED ON 11/9/2004**

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #19), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 9 day of November, 2004 .

Enrique S. Lamoutte
U. S. Bankruptcy Judge

C: All creditors
F/up

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0104-3          User: CHG              Page 1 of 1              Date Rcvd: Nov 09, 2004
Case: 00-11409ESL             Form ID: I01           Total Served: 16
```

The following entities were served by first class mail on Nov 11, 2004.
```
D        +SOTO MERCADO, OSCAR,    HC 01 BOX 3311,    ADJUNTAS,PR 00601-9703
DA        JULIO RIVERA TORO,    P O BOX 335090,    PONCE,PR 00733-5090
          DEPARTAMENTO DE HACIENDA (HACIENDA),    PO BOX 9024140 OFICINA 424-B,    SAN JUAN,PR 00902-4140
          STATE INSURANCE FUND (SIF),    PO BOX 365028,    SAN JUAN,PR 00936-5028
          DEPT JUSTICE-FEDERAL LITIGATION (JU,    PO BOX 9020192,    SAN JUAN,PR 00902-0192
         +AUTORIDAD ENERGIA ELECTRICA (AEE),    PO BOX 4267,    SAN JUAN,PR 00958-1267
         +PR DEPARTMENT OF LABOR (LABOR2),    PRUDENCIO RIVERA MARTINEZ BLDG,
           505 MUNOZ RIVERA AVENUE 12 FLOOR,    SAN JUAN,PR 00918-3352
         +US TRUSTEE (UST),    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN,PR 00901-1928
1         MUEBLERIA ABREI INC,    CALLE SAN JOAQUIN,    ADJUNTAS,PR
2         CITIBANK NA/CITICORP-PR&CS INC,    PO BOX 195079,    SAN JUAN,PR 00919-5079
3         ISLAND FINANCE PUERTO RICO INC,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,    SAN JUAN,PR 00919-5369
4        +CITICORP FINANCE,    PO BOX 71458,    SAN JUAN,PR 00936-8558
5        +COOP A/C ADJUNTAS,    BOX 5,    ADJUNTAS,PR 00601-0005
6         PRALQ LLC,    PO BOX 195079,    SAN JUAN,PR 00919-5079
7         PRALQ-CJ,    CARDONA-JIMENEZ LAW OFFICE,    PO BOX 9023593,    SAN JUAN,PR 00902-3593
```

The following entities were served by electronic transmission on Nov 09, 2004 and receipt of the transmission
was confirmed on:
```
T         E-mail: enotice@ch13sju.com Nov 09 2004 19:45:24     ALEJANDRO OLIVERAS RIVERA,    PO BOX 9024062,
           SAN JUAN,PR 00902-4062
                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 11, 2004**                                    Signature: _Joseph Speetjens_